# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

**DIRECT DIAL**
(212) 826-5333
mantonivich@zeklaw.com

May 20, 2010

**BY HAND DELIVERY**

United Process Service, Inc.
315 Broadway
New York, New York 10013
Attn.: Joe Knight

VNB New York Corp. v. Wasserman
<u>Index No. 602992/09</u>

Dear Joe:

      Please serve the within **Subpoena Duces Tecum and Ad Testificandum to take deposition and Restraining Notice and Notice to Judgment Debtor** on Jeffrey Wasserman at 159 East 30th Street, New York, New York 10016 (I believe Apt. is 21B). Two copies of the documents are enclosed. Please include all that I have bolded in the affidavits of service. No witness fee is necessary on these types of subpoenas. Please serve by May 27, 2010. Please call me if you have any questions.

Sincerely,

*[signature]*

Michael W. Antonivich
Managing Clerk

MWA:ma
Enclosures