ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

DIRECT DIAL
(212) 826-5328
msims@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

May 20, 2010

**BY UPS OVERNIGHT DELIVERY**

Ramon Rivera
85-44 258th Street
Floral Park, New York  11001

**Rivera v. Bank of America Home Loans, Case No. 09 CV 2450 (LB)**

Dear Mr. Rivera:

      I write in response to your letter dated May 12, 2010, in which you rejected the proposed loan modification offered by BAC Home Loans Servicing, LP ("BAC Servicing").

      You were not offered a loan modification pursuant to the Home Affordable Modification program ("HAMP") based on your failure to respond to the HAMP modification offer made to you in July of 2009.  Regarding your allegation that BAC Servicing is negotiating in bad faith, please note that the loan modification offered to you (i) reduced the interest rate on your loan; (ii) reduced your monthly payment of principal and interest; and (iii) had a _lower_ initial monthly payment than the HAMP Trial Period payment offered by BAC Servicing in July of 2009.

      However, BAC Servicing remains committed to reaching a mutually acceptable resolution of this litigation, and is currently re-evaluating your eligibility for a HAMP loan modification, although it is uncertain if a HAMP modification at this time would result in a better offer than the modification offer you previously rejected.

Very truly yours,

*[signature]*

Michael E. Sims

MES:dct

cc:    Honorable Lois Bloom (By ECF)