UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Hon. Lois Bloom**
**United States Magistrate Judge**

**Civil Conference Appearance Sheet**

STATUS CONFERENCE

OCTOBER 14, 2010

Case Name: Rivera v. Bank of America Home Loans, et al.

Docket Number: 09 cv 2450

Tick Numbers: 2:20 - 3:00
Total Time in Court: 40

**Plaintiff/Plaintiff's Counsel:**

Name: RAMON RIVERA

Address/Firm: 85-44 258 Street
Floral Park, NY 11001

Telephone: 718-393-0584

☐ This is a new address.

**Defendant(s):** Bank of America Home Loans

Counsel: Michael E. Sims

Firm Name: Zeichner Ellman & Krause LLP

Counsel:

Firm Name: