UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAMON RIVERA,

                      Plaintiff,

-against-

BAK OF AMERICA HOME LOANS,

                      Defendant.
---------------------------------------------------------------X

JUDGMENT
09-CV- 2450 (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 21 2011 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Lois Bloom, United States Magistrate Judge, having been filed on April 21, 2011, granting defendant's motion to dismiss; ordering that each party is to bear its own costs; and directing the Clerk of Court to enter judgment for defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; that each party is to bear its own costs; and that judgment is hereby entered for defendant.

Dated: Brooklyn, New York
       April 21, 2011

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court